IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CHRISTIAN DAVID FIELD**                                                                                          **PLAINTIFF**

**V.**                                                              **CIVIL ACTION NO. 3:20-cv-800 HTW-LGI**

**BILLIE SOLLIE, et al**                                                                                        **DEFENDANTS**

## ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on the Report and Recommendation of Magistrate Judge LaKeysha Greer Isaac [doc. no. 41], which was entered on May 31, 2022. Plaintiff did not file any objection to the Magistrate Judge's Report and Recommendation.

The Defendants, on January 20, 2022, filed a Motion for Summary Judgment [doc. no. 39] in this case, to which the Plaintiff did not respond. The Magistrate Judge entered an order on March 9, 2022, allowing the Plaintiff an additional three weeks to respond to the motion. Despite the passage of several months, Plaintiff has not filed any response to the motion.

The Magistrate Judge recommends that Defendants' Motion for Summary Judgement be granted. This court has reviewed the Report and Recommendation of the Magistrate Judge, as well as the court filings and the relevant law, and concludes that the findings in the Report and Recommendation [doc. no. 41] should be and hereby are adopted as this court's own. Accordingly, this court grants the Defendants' Motion for Summary Judgment [doc. no. 39] and dismisses this lawsuit with prejudice.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 30th day of June, 2022.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE